UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAN POWERS** | * | CIVIL ACTION NO. _____ |
| | * | |
| | * | SECTION "\_\_" \_\_\_\_ |
| **VERSUS** | * | |
| | * | JUDGE _____ |
| | * | |
| **CAJUN MARITIME LLC** | * | MAGISTRATE _____ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### COMPLAINT FOR DAMAGES UNDER THE JONES ACT, ETC.

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

The complaint of Dan Powers, a person of majority age, with respect represents:

1.

Made Defendant herein is CAJUN MARITIME LLC, a company qualified to do and doing business in the state and judicial district at all times,

2.

On or about September 26, 2013, Defendant, CAJUN MARITIME LLC, owned, operated and controlled the CAJUN PRIDE, a spud barge in navigation, and employed Plaintiff, Dan Powers, as a rigger on said barge, for which he earned average annual earnings of approximately $44,491.50, plus found and fringe benefits.

3.

On or about September 26, 2013, while the CAJUN PRIDE was moored at the Venice dock #60 in Venice, Louisiana, Plaintiff sustained severe, painful, and disabling injuries to his

left shoulder, and other parts of his body as a result of the negligence of Defendant, CAJUN MARITIME LLC, and the unseaworthiness of the CAJUN PRIDE.  Plaintiff was injured when he was forced to jump off the back of an 18-wheeler, flat-bed trailer while loading cargo onto the CAJUN PRIDE at the Venice dock #60 because the barge based crane used in the cargo loading operation malfunctioned and could not be controlled by the crane operator.

4.

By reason of the foregoing, Plaintiff has suffered past and future physical and mental pain and suffering, permanent physical scarring and disability and loss of wage earning capacity for which Plaintiff seeks and is entitled to recover from Defendant, compensatory damages in an amount reasonable under the circumstances of this cause.

5.

Plaintiff brings this cause of action against the aforesaid Defendant pursuant to the Jones Act, 46 U.S.C. §30104, et seq.

**WHEREFORE**, Plaintiff, Dan Powers, prays for judgment in his favor and against Defendant, CAJUN MARITIME, LLC, for compensatory damages in an amount reasonable under the circumstances of this cause, for all taxable costs and interest as allowed by law, and for any additional general and equitable relief to which this plaintiff may be entitled.

Respectfully submitted,

/s/ Paul M. Sterbcow
PAUL M. STERBCOW (#17817)
IAN F. TAYLOR (#33408)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana  70130
(504) 588-1500  Tel
(504) 588-1514  Facsimile
sterbcow@lksalaw.com
itaylor@lksalaw.com

OF COUNSEL

Matthew D. Shaffer, Esq.
Texas Bar #18085600
Schechter, McElwee, Shaffer, & Harris, L.L.P.
3200 Travis, 3rd Floor
Houston, Texas  77006-3636
(713) 524-3500
(713) 751-0412          Facsimile
mshaffer@smslegal.com

**PLEASE SERVE**:

**CAJUN MARITIME, LLC**
Through their registered agent
Kirk Patrick
450 Laurel Street, Suite 1500
Baton Rouge, LA 70801